UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CANTU,<br><br>                      Plaintiff,<br><br>v.<br><br>SOUND UNITED LLC,<br><br>                      Defendant. | Case No.: 23cv0841-L-BLM<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 6]** |

Pending before the court is a motion to dismiss for failure to state a claim. (ECF No. 6.) Plaintiff timely filed an amended complaint (ECF no. 9). *See* Fed. R. Civ. Proc. 15(a)(1)(B). Accordingly, motion to dismiss is denied as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: June 7, 2023

                                                                            _____
                                                                            Hon. M. James Lorenz
                                                                            United States District Judge